# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DAVONTE LOVE,
        Plaintiff,

v.                                                                                     Case No. 11-C-0883

DAVID A CLARK JR., et al.,
        Defendants.

## ORDER

The Clerk of Court directly assigned this matter to me as a case related to Case No. 11-C-867. However, my review of the complaint reveals that this is not a related case.

**THEREFORE, IT IS ORDERED** that this case be returned to the Clerk of Court for random reassignment.

Dated at Milwaukee, Wisconsin, this 28th day of September 2011.

                                              s/_____
                                              LYNN ADELMAN
                                              District Judge